UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARTH JASON GUMIENNY,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. BEARD, et al.,<br><br>Defendants. | Case No. ED CV 15-02651 JFW (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///
///

IT IS HEREBY ORDERED that Defendant Sue M. Gonzalez's Motion to Dismiss is GRANTED, Plaintiff's due process claim against Defendant Gonzalez is DISMISSED without leave to amend, and this action is dismissed.

DATED: September 12, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE