# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARTH JASON GUMIENNY,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. BEARD, et al.,<br><br>Defendants. | Case No. ED CV 15-02651 JFW (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Defendant Sue M. Gonzalez's Motion to Dismiss is GRANTED, Plaintiff's due process claim against Defendant Gonzalez is DISMISSED without leave to amend, and this action is dismissed.

DATE: September 12, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE